UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA,  ) | |
|      Plaintiff,  ) | |
| ) | |
| v.  ) | Docket Number: 16-CR-10320-GAO |
| ) | |
| JORGE GRANDON,  ) | |
|      Defendant.  ) | |
| _____ ) | |

**DEFENDANT'S WITHDRAWAL OF MOTION FOR COMPASSIONATE RELEASE**

The defendant hereby withdraws his EMERGENCY MOTION FOR

COMPASSIONATE RELEASE  UNDER 18 U.S.C. § 3582(c)(1)(A) (Doc. 731). The defendant

was attempting to find housing acceptable to probation to allow early release from custody, but

learned that ICE had lodged an immigration detainer with his current institution.  As a result, if

Mr. Grandon were granted compassionate release he would be released to the detainer rather

than to housing.

Respectfully submitted,
By his attorneys,

/s/ David Duncan
David Duncan (546121)
Ruth O'Meara-Costello (667566)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

Dated: August 27, 2020

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David Duncan